Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17–31142–KCF
> Chapter: 13
> Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashley L. Falis
   422 Penn Ave N
   Forked River, NJ 08731–1605

Social Security No.:
   xxx–xx–1150

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 21, 2018.

   On October 2, 2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:            November 14, 2018
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 3, 2018
JAN: pbf

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ashley L. Falis
    Debtor

Case No. 17-31142-KCF
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Oct 03, 2018 |
|---|---|---|---|
| | Form ID: 185 | Total Noticed: 17 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
db             Ashley L. Falis,    422 Penn Ave N,    Forked River, NJ   08731-1605
517128857     ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
               (address filed with court: Flagship Resort Development Corp.,    60 N Maine Ave,
               Atlantic City, NJ   08401-5518)
517128858      Frank Leary,    422 Penn Ave N,    Forked River, NJ   08731-1605
517177225      Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
517128860     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,
               Carol Stream, IL   60197-5855)
517216744     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517234584     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
               a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
517128862      US Bank,    C/O: Phelan Hallinan Diamond & Jones,    400 Fellowship Rd., Ste 100,
               Mount Laurel, NJ   08054-3437
517149875     +US Dept. of HUD,    451 7th St., S.W.,    Washington, DC 20410-0001
517601285      United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2018 22:57:11     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2018 22:57:11     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517128859      E-mail/PDF: pa_dc_claims@navient.com Oct 03 2018 23:05:49     Navient,    PO Box 9500,
               Wilkes Barre, PA  18773-9500
517271461     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 23:16:38
               Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
517324453      E-mail/Text: bnc-quantum@quantum3group.com Oct 03 2018 22:57:09
               Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517324454      E-mail/Text: bnc-quantum@quantum3group.com Oct 03 2018 22:57:08
               Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517130042     +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 23:06:00     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517128861*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA   52408-8026)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Oct 03, 2018
                               Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Debtor Ashley L. Falis kerrein66@comcast.net,
               G1659@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5