Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−31142−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashley L. Falis
   422 Penn Ave N
   Forked River, NJ 08731−1605

Social Security No.:
   xxx−xx−1150

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/9/20 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:57 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of U.S. BANK NATIONAL ASSOCIATION. Objection deadline is 08/7/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Davidow, Robert)

Dated: 8/12/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court