| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Reinheimer & Reinheimer<br>2494 Moore Road<br>Suite 4<br>Toms River, New Jersey 08753<br>732 349 4650<br>Attorneys for Debtor(s) | Order Filed on August 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Ashley Falis | Case No.:    17-31142<br>Chapter:    13<br>Judge:    KAPLAN |

# ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____815.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

Please pay sum of $ 906.00 as your existing plan payment amount in order to avoid any issues concerning your plan being completed in a timely fashion.  This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*