UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reinheimer & Reinheimer
2494 Moore Road
Suite 4
Toms River, New Jersey 08753
732 349 4650
Attorneys for Debtor(s)

Order Filed on August 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ashley Falis

Case No.: 17-31142

Chapter: 13

Judge: KAPLAN

## ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: August 25, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____815.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

Please pay sum of $ 906.00 as your existing plan payment amount in order to avoid any issues concerning your plan being completed in a timely fashion. This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ashley L. Falis  
    Debtor

Case No. 17-31142-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 25, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db         Ashley L. Falis,    422 Penn Ave N,    Forked River, NJ    08731-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:  
       Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
       Albert  Russo    docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       Kurt E. Reinheimer    on behalf of Debtor Ashley L. Falis kerrein66@comcast.net,  
       G1659@notify.cincompass.com  
       Robert  Davidow    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 8